# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00239-CV

**David E. Shafer, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 29,913, HONORABLE ED MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David E. Shafer has informed the Court that he no longer wishes to pursue his appeal because the parties "have entered into an agreement of settlement disposing of all issues," and he has filed notice requesting the Court to dismiss the appeal. We construe appellant's notice as a motion to dismiss, grant the motion, and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   August 28, 2008